P-Send

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| EDWARD BREHM, et. al. PLAINTIFF(S), v. CITY OF LOS ANGELES DEFENDANT(S). | CASE NUMBER: SACV 00-748GLT(MLGx) NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT |
|---|---|

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the ☑ Western ☐ Southern ☐ Eastern Division of the United States District Court by virtue of ___Order of the Chief Judge___ filed ___June 7, 2002___.

This case has been reassigned to case number ___CV 02-4979JFW(JWJx)___ and assigned to Judge ___John F. Walter___ for all further proceedings. Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge ___Johnson.___ All documents subsequently filed in this case must reflect the new case number, Judge and Magistrate Judge initials:

___CV 02-4979JFW(JWJx)___

**SUBSEQUENT DOCUMENTS MUST BE FILED AT THE FOLLOWING LOCATION:**

| ☑ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1043 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CLERK, U. S. DISTRICT COURT

By ___Cristina Beeman___
Deputy Clerk

Orig to Case File
cc: Previously Assigned Judge
Newly Assigned Judge
Previously Assigned Magistrate Judge
Newly Assigned Magistrate Judge
Deputy-In-Charge
Case Assignment Administrator
Statistics Clerk
Counsel of Record

ENTER ON ICMS
JUN 27 2002

CV-3 (03/02)    NOTICE RE INTRA-DISTRICT TRANSFER