FILED
MAY 13 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BREHM, et al<br><br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, and DOES 1 through 10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV00-748 GLT (EEx)<br><br>**NOTICE OF CLERICAL ERROR** |

To: U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record:

You are hereby notified that due to a clerical error,
- ☐ An incorrect case number was assigned to this action.
- ☐ Incorrect judge's initials were indicated on this action. The correct judge's initials are _____.
- ☐ Incorrect magistrate judge's initials were indicated on this action. The correct magistrate judge's initials are _____.
- ☐ Case number _____ has been corrected. The correct case number is _____.
- ☐ Case has been reassigned from _____ to _____. The initials of the new judge are _____.
- ☐ Case was assigned to ☐ Western  ☐ Southern  ☐ Eastern division. Pursuant to General Order 98-3, case has been reassigned to the ☐ Western  ☐ Southern  ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.
- ☐ Wrong ☐ filed date  ☐ entered date of _____ was stamped on the following document: _____ The correct ☐ filed date  ☐ entered date is _____.
- ☐ All documents filed with the court must reflect the following case number and judges' initials: _____ to ensure proper routing of documents.
- ☒ Other:

Notice of Change of Address Effective 04/17/04 was docketed into this case in error. The correct case number is CV02-4979 JFW (JWJx).

Clerk, U.S. District Court

MAY 13, 2004
Date

By /s/
Deputy Clerk LORI ANDERSON

DOCKETED ON CM
MAY 13 2004
BY _____ 040

cc: *Intake Supervisor / Deputy In Charge*

G-11 (01/02)                NOTICE OF CLERICAL ERROR